WILLIAM J. WHITMAN, Respondent, *vs.* THE ST. PAUL AND
PACIFIC RAILROAD COMPANY, *et al.*, Appellants.

APPEAL FROM THE DISTRICT COURT OF RAMSEY COUNTY.

*By the Court*—FLANDRAU, J.—The points involved in this
appeal are identical with those in the case of *Schurmeier vs.*
the same Defendants, decided at this term, (*ante p.* 113,) both
cases being argued upon the same papers. The order grant-
ing the injunction is reversed, and the injunction dissolved.